## S. D. WAIT v. JOSEPH WILLIAMS.

*Action for Money Paid to Another's Use.*

The defendant being indebted to an Insurance Company of which plaintiff
was agent, drew an order on A for the amount due, and went with-
plaintiff to A, who paid a part of the order ; at defendant's request, the
plaintiff thereupon advanced to the Company the balance due, and the
defendant left the order with him to collect the balance due thereon
and pay himself. The plaintiff used due diligence and failed to collect
it ; *Held*, that the plaintiff is entitled to recover.

CIVIL ACTION tried at January Special Term, 1877, of
WAKE Superior Court, before *Schenck, J.*

This was an appeal from a judgment rendered by a Justice
of the Peace in favor of the plaintiff. The facts appear in
the opinion. His Honor upon the trial in the Court below
gave judgment for the plaintiff, and the defendant appealed.

*Messrs. Busbee & Busbee,* for plaintiff.
*Messrs. Merrimon, Fuller & Ashe,* for defendant.

READE, J. The defendant was indebted to an Insurance
Company of which the plaintiff was agent. The defendant
drew an order on Jones & Co. for the amount, and the de-
fendant and the plaintiff both together went to Jones & Co.
with the order, and Jones & Co. paid a part, and could not
pay the whole. The plaintiff then, at the request of the de-
fendant, advanced to the Insurance Company the balance
which the defendant owed, and the defendant became in-
debted to the plaintiff individually, and not as agent, for the
amount so advanced. And the defendant left the said order
upon Jones & Co. with the plaintiff, with instructions to hold
it and try to collect it out of Jones & Co., and with the pro-
ceeds pay himself. The plaintiff used due diligence to col-
lect it, and failed, because Jones & Co. could not pay it.

Upon this state of facts there is not even a plausible reason why the plaintiff should not recover.

There is no error.

PER CURIAM.                                    Judgment affirmed.